FREDERICK OSANN, a Stockholder of Jones Drill and Specialty Corporation, a Domestic Corporation, on Behalf of Said Jones Drill and Specialty Corporation and Other Stockholders, Respondent, v. JONES MOTROLA, INC., a Domestic Corporation, and Another, Appellants.   (Appeal No. 3.) — Order granting injunction *pendente lit* reversed on the law, with ten dollars costs and disbursements, and motion for an injunction denied, upon the ground that the action is one for money damages only, and that the case is not one covered by either subdiv.sion of section 878 of the Civil Practice Act.   Kelby, Young and Kapper, JJ., concur; Kelly, P. J., and Manning, J., dissent.

JACOB W. OSSMANN, Respondent, v. LONG DISTANCE HOLDING COMPANY, Appel ant.— Judgment and order unanimously affirmed, with costs.   No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS EDELMAN, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default.  Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD KING, Appe lant.— The testimony at folios 539, 548, 572 and 595 of witnesses as to the character and reputation of the complaining witness and her non-drink ng habits, based upon their personal observation, was incompetent, and constitutes reversible error.   (*Hart* v. *McLaughlin*, 51 App. Div. 411, 413; *People* v. *Van Gaasbeck*, 189 N. Y. 408, 418; Chamberlayne Ev. § 3340.)   The judgment of conviction of the Orange County Court is, therefore, reversed on the law, and a new trial is ordered. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

IRVING R. TODD and Others, Respondents, v. NORTH AVENUE HOLDING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

ANGELO VECCHIANE, Respondent, v. LLOYD BRAZILIERO COMPANY and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements.   See *Campbell* v. *Holt*, 115 U. S. 620; *Johnson* v. *Albany & Susquehanna R. R. Co.*, 54 N. Y. 416; *Hulbert* v. *Clark*, 128 id. 295; *House* v. *Carr*, 185 id. 453; *Brearley School* v. *Ward*, 201 id. 358.)   Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

VILLAGE OF BABYLON, Respondent, v. THE STODDARD REALTY Co., INC., Appellant.— Order of the County Court of Suffolk county affirmed, with ten dollars costs and disbursements.   No opinion.   Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

FRANK L. ZAINO and Another, Appellants, v. MARGARET O'CONNOR and Others, Respondents.— Judgment unanimously affirmed, with costs.   No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ISIDOR ZEKOWSKI, Appellant, v. ELIZABETH O'BRIEN and Another, Respondents.— Application denied, with ten dollars costs.

BARBOUR, LOVE & WOODWARD, INC., Respondent, v. STEWART JOHNSON, Appellant.— Motion for stay granted.   Defendant's time to serve answer extended ten days from date.   Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.